UNITED STATES DISTRICT COURT
DISTRICT OF OREGON

| | |
|---|---|
| CYNDI LYNN REED,<br>　　　　Plaintiff,<br><br>vs.<br><br>COMMISSIONER OF SOCIAL SECURITY,<br>　　　　Defendant. | 3:23-cv-00242-AA<br><br><br>ORDER |

It is hereby ORDERED that attorney fees in the amount of $2,030.34 shall be awarded to Plaintiff pursuant to the Equal Access to Justice Act, 28 U.S.C. § 2412. Attorney fees will be paid to Plaintiff's attorney, dependent upon verification that Plaintiff has no debt which qualifies for offset against the awarded fees, pursuant to the Treasury Offset Program as discussed in *Astrue v. Ratliff,* 130 S.Ct. 2521 (2010).

If Plaintiff has no such debt, then the fees shall be delivered via electronic funds transfer or by check made out to Plaintiff's attorney Kevin Kerr, and mailed to Plaintiff's attorney's office as follows: NW Disability benefits, LLC dba Kerr Robichaux & Carroll (TID 85-3999428), P.O. Box 14490, Portland, OR 97293.  If Plaintiff has a debt, then any remaining funds after offset of the debt shall be made payable to Plaintiff and sent via electronic funds transfer or by check mailed to Plaintiff's attorney's office at the address stated above.

DATED this  13th  day of        February        , 2024.

　　　　　　　　　　　　　　　　　　　　  /s/Ann Aiken
　　　　　　　　　　　　　　　　　　　　Ann Aiken
　　　　　　　　　　　　　　　　　　　　United States District Judge